THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN KLINGER, Respondent.

Argued January 10, 1939; decided February 21, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *James Hall Prothero* of counsel), for appellant.

*Charles L. Fleece* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.